# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148617(59)

KENNETH J. SPEICHER,
      Plaintiff-Appellee,

v

SC: 148617
COA: 306684
Van Buren CC: 11-600857-CZ

COLUMBIA TOWNSHIP BOARD OF TRUSTEES
and COLUMBIA TOWNSHIP PLANNING
COMMISSION,
      Defendants-Appellants.
_____/

      On order of the Chief Justice, the motion of defendants-appellants for leave to file a responsive brief in opposition to the amicus curiae brief filed by Outside Legal Counsel, PLC, and attorney Philip L. Ellison is GRANTED. The brief submitted on September 23, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2014

